*William J. Cahill* for appellant.

*Harold R. Medina* and *William Gilbert* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

ROY GRANATA, As Administrator of LOCAL 13, INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, CIO, Respondent, *v.* IRA S. BUSHEY & SONS, INC., Appellant.

Argued November 25, 1946; decided January 9, 1947.

*Albert C. Jordan* and *Frank B. Devlin* for appellant.

*Herman Rosenfeld* and *William L. Standard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.